SEALED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 6:25-cr-138-JSS-LHP
18 U.S.C. § 1542

WILLIAM ANTONIO ALMONTE GOMEZ
a/k/a William Almonte-Millan
a/k/a J.C.T.M.

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

On or about November 8, 2016, in the Middle District of Florida, the defendant,

WILLIAM ANTONIO ALMONTE GOMEZ
a/k/a William Almonte-Millan
a/k/a J.C.T.M.,

did willfully and knowingly make a false statement in an application for United States passport for himself, with intent to induce and secure the issuance of a passport under the authority of the United States, contrary to the laws regulating the issuance of passports and the rules prescribed pursuant to such laws, in that the defendant stated in a passport application that his name was J.C.T.M., and that he was born on xx/xx/1978, when in truth and in fact, as the defendant then and there well knew, his name was not J.C.T.M., and he was not born on xx/xx/1978.

In violation of 18 U.S.C. § 1542.

## COUNT TWO

On or about January 20, 2017, in the Middle District of Florida, the defendant,

**WILLIAM ANTONIO ALMONTE GOMEZ**
a/k/a William Almonte-Millan
a/k/a J.C.T.M.,

did willfully and knowingly make a false statement in an application for United States passport for his son, with intent to induce and secure the issuance of a passport under the authority of the United States, contrary to the laws regulating the issuance of passports and the rules prescribed pursuant to such laws, in that the defendant stated in the passport application that the defendant's name was J.C.T.M., when in truth and in fact, as the defendant then and there well knew, his name was not J.C.T.M.

In violation of 18 U.S.C. § 1542.

## COUNT THREE

On or about August 19, 2024, in the Middle District of Florida, the defendant,

**WILLIAM ANTONIO ALMONTE GOMEZ**
a/k/a William Almonte-Millan
a/k/a J.C.T.M.,

did willfully and knowingly make a false statement in an application for United States passport for himself, with intent to induce and secure the issuance of a passport under the authority of the United States, contrary to the laws regulating the

issuance of passports and the rules prescribed pursuant to such laws, in that the defendant indicated in the passport application that all of the names he has used are William Almonte-Millan and William Antonio Almonte Gomez, when in truth and in fact, as the defendant then and there well knew, he also had used the name J.C.T.M.

In violation of 18 U.S.C. § 1542.

## FORFEITURE

1.      The allegations contained in Counts One through Three are incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 982(a)(6).

2.      Upon conviction of a violation of 18 U.S.C. § 1542, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 982(a)(6):

   a.      Any conveyance, including any vessel, vehicle, or aircraft used in the commission of the offense;

   b.      Any property, real or personal, that constitutes, or is derived from or is traceable to the proceeds obtained directly or indirectly from the commission of the offense; and

   c.  Any property that is used to facilitate, or is intended to be used to facilitate, the commission of the offense.

3.      If any of the property described above, as a result of any act or omission of the defendant:

   a.      cannot be located upon the exercise of due diligence;

3

b.    has been transferred or sold to, or deposited with, a third party;

c.    has been placed beyond the jurisdiction of the court;

d.    has been substantially diminished in value; or

e.    has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1).



GREGORY W. KEHOE
United States Attorney

By: _____
Courtney Richardson-Jones
Assistant United States Attorney

By: _____
Chauncey A. Bratt
Assistant United States Attorney
Deputy Chief, Orlando Division

FORM OBD-34

May 25                          No.

UNITED STATES DISTRICT COURT
Middle District of Florida
Orlando Division

THE UNITED STATES OF AMERICA

vs.

WILLIAM ANTONIO ALMONTE GOMEZ
a/k/a William Almonte-Millan
a/k/a J.C.T.M.

INDICTMENT

Violations: 18 U.S.C. § 1542

Filed in open court this 14th day

of May 2025.

_____
Clerk

Bail $_____

GPO 863 525