UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                                    CASE NO: 6:25-cr-138-JSS-LHP

WILLIAM ANTONIO ALMONTE
GOMEZ

_____/

## AMENDED[1] ACCEPTANCE OF GUILTY PLEA
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate

Judge (Dkt. 48) entered September 4, 2025, to which the parties have waived the 14-

day objection period, it is ORDERED:

1. The Report and Recommendation of the United States Magistrate Judge

   (Dkt. 48) is ACCEPTED, AFFIRMED, AND ADOPTED.

2. Defendant William Antonio Almonte Gomez has entered a plea of guilty

   to Count One of the Superseding Information knowingly, intelligently,

   and voluntarily.  Such plea is accepted, and Defendant is adjudicated

   guilty of Count One of the Superseding Information.

3. **Sentencing is scheduled for December 18, 2025 at 2:00 PM before the**

   **undersigned.**

4. Sentencing memoranda **shall be filed in each case** and shall be filed no

   later than five (5) days prior to the date of the sentencing hearing.

---

[1] Amended to correct the charging document in paragraph 2.

5. Counsel shall file a Notice on the docket within seven (7) days from the date of this Order and contact the Courtroom Deputy if the sentencing hearing is anticipated to take longer than forty-five (45) minutes.

**ORDERED** in Orlando, Florida on September 29, 2025.

JULIE S. SNEED
UNITED STATES DISTRICT JUDGE

Copies:

Counsel for the Defendant
United States Attorney
United States Magistrate Judge
United States Marshal Service
United States Probation Office
United States Pretrial Services